≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

MICHAEL S. INMAN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08-405

To: (Name & Address of Defendant)

United States of America
United States Attorney's Office
District of Delaware
~~Chase Manhattan Centre~~
~~1201 Market Street, Suite 1100~~  1007 Orange St suite 700
P.O. Box 2406
Wilmington, DE 19899-2046

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William D. Fletcher, Jr., Esquire
Bar ID #362
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE 19903

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                               JUL - 2 2008

CLERK                                                DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  7/9/08 |
| NAME OF SERVER (PRINT)  R. Curt Gruber | TITLE  Investigator  Schmittinger & Rodriguez |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Brittany Kennedy (Recep')

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 7/9/08
Date

Signature of Server: R. Curt Gruber

Address of Server: 414 S. State Street
Dover, DE 19901
Phone # 672-2415

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.